IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REGINA TUBBS,<br><br>　Plaintiff,<br><br>v.<br><br>PUBLIC STORAGE et al.,<br><br>　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:24-CV-01701-E-BN |

**ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (ECF No. 4). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

16th day of August, 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ADA BROWN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE